UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEREMIAH SHATTUCK, | Civil No. 1:16-CV-01654-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

This case is before the Court on remand from the Court of Appeals for the Ninth Circuit. That Court granted the Commissioner's unopposed motion to vacate and remand. Pursuant to that order, this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Supreme Court' s decision in *Carr v. Saul*, __ U.S. __, 141 S. Ct. 1352, __ L. Ed. 2d __ (2021).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

IT IS SO ORDERED this   31st   day of   August  , 2021.

　　　　　　　　　　　　　　　　　s/Michael J. McShane
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

RENATA GOWIE, OSB #175273
Civil Division Chief

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-3717