IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JEREMIAH SHATTUCK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>　　Defendant. | Civil No. 1:16-CV-01654<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $26,329.50 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b). This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this __3rd__ day of __January__, 2023.

　　　　　　　　　　　　　　　　　　s/Michael J. McShae
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St.
Portland, OR  97212
Telephone: (206) 937-4112
FAX: (360) 824-9371
jeffreyhbaird@comcast.net

Page 1　　ORDER
　　　　　　[1:16-CV-01654]